IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDRE ADAMS,

      Plaintiff,

    vs.

PERIMETER SECURITY
PARTNERS,

      Defendant.

**8:26CV159**

**MEMORANDUM AND ORDER**

      This matter is before the Court on a Complaint, Filing No. 1, and motion to proceed in forma pauperis, Filing No. 2, filed by Plaintiff Andre Adams on April 10, 2026. Plaintiff did not provide any contact information for himself when he filed his Complaint and motion, and the Court's search has not uncovered a verified phone number or address for Plaintiff.[1] Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

      2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **June 15, 2026**: check for address.

---

[1] The Court attempted to contact Plaintiff via three phone numbers found in an online search but was unsuccessful. The Court's search found two possible addresses for Plaintiff, which will be used to send this order.

3.      The Clerk of the Court is directed to send this order to Plaintiff at the following addresses:

   a.      2205 Parker Cir., Omaha, NE 68110

   b.      2214 S 84th St., Omaha, NE 68124.

Dated this 14th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2